UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN JUSTIN (AMY) HANSON,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDREW SAUL, Commissioner of Social<br>Security,<br><br>        Defendant. | CASE NUMBER: 1:21-cv-610-GSA<br><br>**ORDER DIRECTING SERVICE** |

      Pursuant to paragraph one of the scheduling order (Doc. 3), "Except when other provision is made pursuant to an application to proceed in forma pauperis, within twenty (20) days of filing the complaint, appellant shall serve the summons, complaint, the notice and form of consent to proceed before a magistrate judge provided by Local Rule 305(a), and a copy of this order and file return of service with this court." Doc. 3 at 1. The complaint was filed on April 12, 2021, making the service deadline May 3, 2021.

      Accordingly, Plaintiff is **DIRECTED** to serve the above documents and file a return of service by May 27, 2021.


IT IS SO ORDERED.

    Dated:  __**May 12, 2021**__             _____**/s/ Gary S. Austin**_____
                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28